We'll hear argument now on appeal number 06-1230, In Re Micron Technology. Your last question really reveals this entire series of cases about the total waste of everybody's time, including ours. Photoshopping isn't something we should be helping people pursue. That's good. Mr. Pencosky, good morning. Welcome. Good morning. Please proceed. We're here this morning to talk about one claim, one reference. We're quite aware of what's an issue. We're quite aware of what's an issue. It's interesting in this case because I think both parties agree on how the Circuit of Morishita works. The Circuit of Morishita is shown in figure 17 of that patent. Let me ask you this. Does the application claim element dealing with the amplifier claim a structure? Or is it claiming a means for performing a function, namely amplification? It's a means performing a specific function, amplification by power. So it's not a structure? It's not a structure. Even though it doesn't say means for amplifying, you think it should be read as if it did say means for amplifying. Well, it doesn't have specific structure in it. And, of course, the cases dealing with means plus function are many and varied. We did not intend to invoke 112 paragraph 6 in this language. We did intend it to be an amplifier. We did intend it to be a specific amplifier, the type that multiplies by unity. But we did not identify the structure of that amplifier. So I don't think it falls within the ambit of 112 paragraph 6. Because I don't think it invokes the means plus function. I think there is sufficient structure in that language that a person of ordinary skill in the art would know how to make a unity gain amplifier. Am I right? On page 234 of the appendix is a block diagram of what the Morishita Circuit shows. And as I think I stated earlier, both parties are in agreement as to how the circuitry in figure 17 operates. And if you look at pages 5 and 6 of the solicitor's brief, and I know the court has read the briefs, but I think this is very important to understand. Because this demonstrates how the office got it wrong. If you look at page 5 beginning around the middle, when they're speaking about how Morishita operates, they say if the internal voltage is higher than the reference voltage, the comparator output signal is high. That signal causes the conductance in the transistor to decrease, so that less current flows through the transistor. As a result, the internal voltage is decreased. Then they go on to say, on the other hand, if the internal voltage is lower than the reference voltage, and the comparator output signal is low, the conductance of the transistor is increased to allow more current to flow through the transistor. And as a result, the internal voltage is increased until it equals the reference voltage. You can't increase anything or decrease anything when you have a unity gain amplifier. Because with a unity gain amplifier, you can only multiply by one. So if you're multiplying by one, you can't increase the signal when it's too low, you can't decrease the signal when it's too high. Well, but the way they described it, I took it that they're saying this is what happens if you change the parameters. That thing will tend to go right back to one. That's correct. Or at least something very, very close to one. Now, what about your circuit? Doesn't do exactly what the Morishita prior art circuits do with respect to the small and fleeting disparity from one. Does your circuit not do that? And if so, what about your circuit prevents that from happening? Because when I looked at, with the considerable aid of my law clerk, I have to say, when I looked at these circuits, I didn't see anything in the micron circuit that was performing a different function from Morishita with respect to the unity gain amplifier that would have accomplished the elimination of what you say is the disqualifying feature of the Morishita prior art. Now, can you point me to something in that circuit that actually takes care of the 11.9 or 12.1 volts problem? In the micron circuit? Yes. I cannot, because it doesn't take care of that problem. If the input voltage drops to 11.9, then the output voltage will track the input voltage precisely, and the output voltage will drop to 11.9. But you say in the Morishita, it will pull back to 12. Correct. So, structurally, point to me to something in your micron circuit that is different and produces that different result from what Morishita does. It's the gain of the amplifier, your honor. That didn't help me, just to say gain of the amplifier. What is it structurally? You have the micron figs here. Mechanically, where is the circuitry that produces a different result? I can't point to that this morning, your honor. Isn't that the critical element of your case? It is a critical element. The thing about electronics is, electronics is a predictable art. You can draw a box around the circuit, and you can say, everything that's inside of here, I don't know what it means or know how it works, but I can write a mathematical equation that defines what's in that box. And the mathematical equation that defines what is in the micron box is times one. That's the mathematical equation. That's what you say, but where is there any proof that that's how your claimed amplifier functions? Well, that was never an issue before the examiner or raised by the solicitor to say that our amplifier is not a unity gain amplifier. So we were never asked to... That's a different issue. The heart of what I hear you saying is that the way your amplifier operates is by multiplying by one, not anything slightly higher, not anything slightly lower, not ever. It's one, one, one, exactly one all the time. Exactly. And I'm saying, where do we know that that's true? We hear you say that, but where in your application is it shown that the multiplier is always 1.0? Well, I mean, we say it right in the claim. It's a unity gain amplifier, so it's one. You've claimed it, but the question is, is there anything in your circuit that actually you can point us to that shows that you've done that? I can't point to that this morning because that was never an issue that was raised below to argue that it's not truly... The micron circuit is not truly a unity gain amplifier. It's actually the Morishita amplifier. It's actually 1.1, 0.99, 1.05. But the solicitor argues that people in this art would understand and assume and expect that a unity gain amplifier aims at unity, but doesn't necessarily multiply by exactly one. It would multiply by something a little more or a little less as needed. No, Your Honor, that's not true. A unity gain amplifier is a very specific electronic circuit which is understood by people of ordinary skill in the art to always multiply the input signal by one. This circuit... More than one or less than one and could vary over time. That's correct. Are they wrong about that? No, they're correct, but that's what Morishita is doing. Morishita is trying to do something different than what micron is trying to do. Well, what is the point of your amplifier if it doesn't equalize current? The point of the amplifier is to isolate the circuitry that produces the reference signal from the real world, which is very noisy, very messy, and you get signals propagating back through the circuit. So you put this unity gain amplifier in between the thing that generates the reference circuit and the real world so that noise doesn't propagate back and cause the reference circuit to generate something different other than the voltage that you want. It's there as solely as an isolating mechanism. That's what it does. Is your answer partly that what you're dealing with is an anticipation rejection, not a 112 rejection? That's correct. You don't have to support or show that what you have is a unity gain amplifier. That's correct. The question is whether Morishita anticipates it. The question is whether Morishita shows an amplifier that performs the function that we have recited in the claim, and that is multiplying by one. And isn't the issue of the standard of review substantial evidence? Substantial evidence. So if we look at Morishita and we look at the government's own description of Morishita, they admit it doesn't multiply by one all the time. When the reference voltage sags, it's multiplied by 1.1. When the reference voltage spikes up, it's multiplied by 9.99. The idea in Morishita is to stabilize the reference voltage. The idea in Micron is not to stabilize the reference voltage. We've already got it stabilized. I thought the reference voltage was a constant and that the thing you're trying to vary is the internal voltage. In Morishita, that's true. And in yours? In yours, we're simply isolating the reference voltage from the real world because we have a very specific mechanism for generating the reference voltage. We're confident it's going to be the voltage we want. And all we need to do is multiply it by one and then send it on down the line to other amplifiers. And the other amplifiers down the line may do what Morishita is doing. But we're not that far down the line yet. We're way up at the very beginning where we're producing a reference voltage. We have very delicate circuitry for producing reference voltage. That reference voltage is now going to be sent down the line to other amplifiers in the chain and other circuitry. That kind of stuff tends to be noisy and junk tends to flow back through the line. So you want to isolate your reference signal from other amplifiers from other circuitry. You do that with a unity gain amplifier. Its only mission in life is to multiply what it sees on the input by one. I don't want to get into enablement, but it would be useful to me to see where in your disclosure you show the patent office your unity gain amplifier. Yes, in the joint appendix at page 91, we say additionally by making amplifier 238 a unity gain amplifier, common mode range and overall voltage characteristics are improved. And that's what I'm talking about here. That's a description of what it does. What I'm asking is where's the circuit diagram that depicts a unity gain amplifier. Which is to say, another way of saying, if you don't have to put in something that shows that you invented an actual unity gain amplifier that fits this description, then I could go over to the patent office and say I claim a unity gain amplifier. And then I get it, because at least until somebody raises an enablement problem, I've described it. It's in the joint appendix at page 85. That's a figure that was in the patent application that shows the specific circuitry of the unity gain amplifier. Okay, now which portion of this is the unity gain amplifier? Because this, again, looks very much like the circuit that's on the opposite side of page 20 of the solicitor's brief with the color coding. At least a portion of it. Well, it does look very much like it. Okay, and what's the difference between the two? The difference between the two is, it goes back to how the transistor multiplies the signal that it sees on its input terminal. So you have a signal coming into the transistor, and the transistor in the unity gain amplifier can only multiply by one. Okay, what transistor are you looking at? Maybe to get on the same page literally, you might want to turn to the back, to the opposite side of page 20 of the red brief. That's color coded, it's a little easier to see. Now what transistor, let me ask the question this way. What transistor in your diagram operates differently from the diagrams above this in the Morishita prior art? They don't operate differently, Your Honor, because the transistors in our circuit and the transistors in the Morishita circuit both amplify. So they're not operating differently. The difference is what they amplify by. Our transistors only amplify by one. Their transistors multiply by whatever needs to be multiplied in order to keep the reference voltage stable. And what in your circuit? Go ahead. I'm sorry, I said I can't answer that question. I can't point you to transistor 124 or 126 or resistor 127, because that was never an issue below. The office accepted as true the fact that we have a unity gain amplifier. So we were never asked to submit any evidence. There was no 112 issue about did we or did we not disclose a unity gain amplifier. It was accepted as a unity gain amplifier. So we never got into the details of arguing why is it a unity gain amplifier. So I came into this argument with the supposition that the solicitor was in agreement with the fact that we have a unity gain amplifier. And that Morishita also has a unity gain amplifier. And my argument this morning was Morishita does not have a unity gain amplifier. Well, the solicitor's argument, as I understand it, is essentially that you don't do anything different from Morishita. So whatever the words unity gain amplifier mean, that because you don't do anything different, then Morishita is certainly that. Whatever else you might characterize, whether you call it a comparator or whatever you want to call it. And therefore, it seems to me it's incumbent upon you in light of that argument, if that is indeed their argument, as I understand it to be, to say, no, they're not the same. And here's where they're different. But instead, you're telling me that they're different because they produce a different output without showing me what it is in the circuit that produces that different output. That's what I'm struggling with. Well, again, all I can say is that was never an issue that was raised below. So I don't have a specific answer for that. All I can say is that our amplifier multiplies by one. Morishita amplifier multiplies by whatever it needs to amplify by. Therefore, Morishita is not a unity gain amplifier. This is a 102 question. The issue is, does Morishita disclose a unity gain amplifier? It does not. Thank you. Mr. Johnson. Mr. Johnson, technical question. In our appendix, we have the examiner's answer. And in various portions, such as page five of the board's opinion, there are references to certain pages from the examiner's answer. Did the board incorporate by reference the totality of the examiner's answer? Yes, they did. Where did they do that? They often say very specifically, you know, we incorporate by reference the entire answer to the examiner. I didn't see that here. Is that in here somewhere? They did use those exact words. However, they did indicate that they agree with the examiner's rationale on page five. Well, but that's referring to some very specific three pages of a very long examiner answer. So I'm wondering if the inference isn't, well, they're incorporating those three pages, pardon, four pages, but not the rest. Well, and the reason for that, Your Honor, is because those particular pages that are referenced in the board's decision deal with the claim at issue, which is Representative Claim 223. The other pages of the examiner's answer dealt with other claims. And so they were focusing on the representative claim on those particular pages in which they adopted the examiner's answer with respect to that representative claim, which is currently at issue. Well, let me ask it this way. Do we need to look beyond the pages of the board decision to understand the basis of its decision? No, Your Honor. OK. That's fine. That's all I need to know. I'd like to pick up where the court was questioning Michael. And I believe that the court has a complete understanding of what's going on here. The key question is, the critical question is, what is the difference between the two circuits? If you look at- Well, isn't the critical question whether there's substantial evidence that Mauritius describes the unity gain amplifier? And I'd like you to point us in that pattern to the anticipatory disclosure. Yes, Your Honor. If you look at page 236, column 2, lines 32 through 34, there, Mauritius explains that the output voltage, which is INVCC, is maintained at the reference voltage level. One of ordinary skill in the art, reading that language, would understand that the output is equal to the input. That is the substantial evidence which supports the board's finding that Mauritius reads on the very broad unity gain amplifier, which is claimed. What was your line for that? I'm sorry. I missed the line. Lines 32 through 34. Right. Column 2 of the patent. Right. That's correct. All right. As Micron stands here today, Micron tries to point out different distinctions between Morishita and Micron's claim. However, he has not pointed to any structure, which is different from his particular structure. The structures are the same. You hold them up to the light, you see that the structures for the two are basically the same. If the structures are the same, they perform the same function. He seems to argue that, as a matter of definition, a unity gain amplifier, as opposed to some other kind of gain amplifier, necessarily always and only multiplies by 1.0. And that that's clearly not what the Morishita converter and transistor are doing. That's his argument, Your Honor. Why is that wrong? Well, when you read the language that's there on column 2 on lines 32 to 34, one of ordinary skill in the art would understand that Morishita is designed to produce an output which is always equal to the input under ideal conditions. And it's only when there are certain… Well, that just says what the goal is. His argument seems to focus on how you get to the goal. And he says, in both devices, you multiply by some variable. He says, in his case, the thing you multiply by is always 1.0, whereas in Morishita, in order for it to achieve the equality, it has to multiply by something different from 1.0. I'm not sure why that's wrong. Well, that only occurs in Morishita if there is some sort of factor that occurs in the circuit. For example, under loading conditions or static or noise, then Morishita would adjust so that the output, once again, is forced to equal… I'm asking about the multiplication factor. That seems to be what he says is different in his amplifier versus the prior art amplifier. He says, my amplifier always and only multiplies by 1.0. Their amplifier, the Morishita amplifier, multiplies by things above and below as needed. Well, when you look at… Go ahead. When you look at Micron's claim, he claims a unity gain amplifier, and it's there on the inside cover of our record. It's very broad. He could have amended his claim during prosecution… Breadth is one thing, but clarity is something else. He's saying, by using the word unity, my claim element is telling everybody in the art that the multiplication factor is 1.0 and nothing else. Now, the fact that it's broad, generally speaking, doesn't seem to me to make any difference. If he's correct, that the word unity means the multiplier is 1.0 and nothing else. Well, I understand that, Your Honor. However, the structures for the two are the same. So whatever Micron is doing, Morishita is also doing. So if that is a problem with Morishita's design, then it's also a problem with Micron's. Because the two structures are the same, they're going to function the same. So I guess what you're saying, I don't want to put words in your mouth, but is that to determine what a unity gain amplifier means, at least for purposes of this patent, you look at the specification of the patent, I mean the application. I'm not talking about Morishita, I'm talking about the application. And there you find the unity gain, the structure of the unity gain amplifier, and because it does the same thing and is essentially identical to Morishita, then what Morishita shows must also be a unity gain amplifier to the extent that that term has meaning in the context of the application. That's completely correct, Your Honor. The specification is supposed to describe the unity gain amplifier and everything that's involved with it. The specification here, however, is very broad. It doesn't do much more than what the claim does and the language that's presented there. So any unity gain amplifier would satisfy the very broad claim at issue. Now, your, yours, Morishita has, if I have a very strong spike in current, what happens with Morishita? Describe the way that circuit functions in response to a strong spike in the external power. Then at some point the comparator would change because in all likelihood the output would be changed in some way. And so the comparator would send out a signal which would cause the DT transfer, transistor, to cause more current to go across the, the out loop and over the INC load so that the output voltage would vary so that it once again is equal to the input voltage. Okay. So then regardless of whatever circumstance happens in the system, Morishita would adjust so that it would once again equal the input. So what we're talking about when we talk about the non-unity is only this period of adjustment. That's correct. Which is, as long as, if you want to be purely technical about it, it's non-unity for the period it takes to re-achieve unity. Exactly. And, but for that condition happening, that spike, that, that noise. It just stays purring along at one. That's right. The output would always be equal to unity. And that's what Morishita says. That's what Morishita says. Yes, John. Okay. If there are no further questions, I'll turn it aside. Thank you. Let me ask you one other question. Sure. I'm just, the, do you have page 20 of your brief there? Yes, sir. The opposite, the color-coded diagrams. I found those diagrams very helpful, so I keep going back to them. The structure, do you see, at about the center of the micron figure, there's structure that consists of three capacitors and a resistor between the two. It's sort of bounded by the orange lines. Yes. What is, to your knowledge, what. It's a filter. It's a filter. Is this just a noise elimination device? That's right. To clean up the signal. Okay. Thank you. Adds nothing to the output. Thank you. Mr. Minkowski. Just a couple of points. The circuits are not the same. If you look at page 7 of our reply brief, we've highlighted in yellow all of the elements that are in our circuit that are not in Morishita's. So they're not exactly the same. Although I cannot go into detail and tell you what each of those components does, I can tell you that the circuits are not the same, and therefore, it is not the case that if Morishita works this way, then our circuit must work this way. The solicitor said that our specification was very broad, and it's true. In terms of this unity gain amplifier, it is very broad, but I would remind the court that there is no obligation on an applicant to describe in a patent application what is already well-known in the art. It's our belief that the unity gain amplifiers are well-known in the art. We illustrated in one of the figures a particular configuration for a unity gain amplifier. So I think the fact that our specification is broad should in no way hurt us. The solicitor is correct in saying that Morishita has a circuit. What evidence outside of the cited portion of column 2 was before the board to understand what unity gain amplifier exactly means to people in this art? Well, the examiner stated in his opinion that there is no disagreement. A unity gain amplifier is an amplifier that multiplies by one. The solicitor in his brief also says there's no disagreement. Those of ordinary skill in the art understand that a unity gain amplifier is an amplifier that multiplies by one. So no evidence is needed because it's conceded by both sides. It's conceded by both sides. Now an amplifier that sometimes multiplies by 0.9 and sometimes multiplies by 0.1, as they admit, Morishita does, is not an amplifier that multiplies by one. Let me ask you one question. You raised the chart on 7. Would you agree with Mr. Johnson that the segment of the circuit that consists of the three capacitors and the resistor is a noise filter? I would not concede that, Your Honor. What does it do if it's not a noise filter? Again, Your Honor, I cannot answer that question. Well, you've told us that this has other features. But if you're going to say it has other features, then presumably you've got to be able to say that those features mean something. I wanted to point out that it was structurally different. It was not the same. But if it's the same in all material respects, the fact that you've added something that has no relationship to the unity gain character of the device doesn't seem to me to get you anywhere. And if you can tell us what they do and how they affect the unity gain feature of this invention, then we're making progress. I'm not prepared to do that at this point because I don't have the details of the circuitry. Why are there so many questions to which you don't know the answers? Well, it was conceded below that what we have is a unity gain amplifier. So I did brief points that were conceded below both by the examiner and the solicitor. And one last point with Morishita, where they talk about is maintained. That's the language that the examiner sees upon, that's the language that the solicitor sees upon. Is maintained. Is maintained does not mean multiply by 1. Is maintained means what they say it means in page 5 and 6 of their brief. You multiply by 1.1, you multiply by 0.98, whatever you need to do so that it is maintained. That's what the language is maintained means. If the court would like a supplemental brief on the circuitry, I would be very happy if there's no objections from the solicitor to provide a supplemental brief on the operation of the circuit, but I believe it's unnecessary since both the examiner and the solicitor conceded that we have a unity gain amplifier. If needed, we will inform both counsel by letter. Thank you both. The case is taken under advisement.